JOSEPH L. ROSENBERG et al., Respondents, v. JOSEPH RAE et al., Appellants, et al., Defendant.— In an action to reform a contract for the sale to plaintiffs of certain real property, so as to include a contiguous triangular gore, and for specific performance of the contract as reformed, the defendant Rae and the two corporate defendants appeal from an order of the Supreme Court, Kings County, dated March 15, 1961, which denied their motion to dismiss the complaint as against them on the ground that, within the meaning of section 210 of the Civil Practice Act, plaintiffs are not the real parties in interest. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

GRACE G. SMITH, Respondent, v. CHARLES MENTZINGER et al., Appellants. GRACE G. SMITH, Individually and as Executrix of FRED P. SMITH, Deceased, Respondent, v. CHARLES MENTZINGER et al., Appellants.— In consolidated negligence actions to recover damages for injury to person and property, defendants appeal from so much of an order of the Supreme Court, Queens County, dated December 1, 1961 as imposed a condition upon the granting of their motion, pursuant to rule 156 of the Rules of Civil Practice, to dismiss the complaint for lack of prosecution; the condition being that the motion is granted " unless plaintiff moves and continues to move expeditiously in the prosecution of this action." Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No question was raised by either party as to the ambiguous wording of the dispositive conditional provision in the order. Beldock, P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.